| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) || **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 8240043 | DATE 12/02/2024 |
|---|---|---|---|---|---|
| **NAME** JOHNSON, Jalen || **OFFICER** Chelsea L. Harris | **JUDGE** Linda V. Parker | **DOCKET #** 22-CR-20514-01 ||
| **ORIGINAL SENTENCE DATE** 05/31/2023 **COMMENCED** 06/06/2024 **EXPIRATION** 06/05/2026 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** III | **TOTAL OFFENSE LEVEL** 12 | **PHOTO** ||

| **REPORT PURPOSE** |
|---|
| **REQUEST TO MODIFY CONDITIONS** |

| **RECOMMENDATION** |
|---|
| **MODIFICATION** |

| **ORIGINAL OFFENSE** |
|---|
| Count 1:  18 U.S.C. § 922(g)91), Felon in Possession of a Firearm |

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 12 months and 1 day, to be followed by a two-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to substance abuse testing to determine if you have used a prohibited substance.
2. You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must participate in an outpatient mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty:  Special Assessment $100.00 (Paid).

**PETITIONING THE COURT**

To modify the condition(s) of supervised release as follows:

> **"You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program.  The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office."**

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | PACTS 8240043 | DATE 12/02/2024 |
|---|---|---|---|---|
| **NAME** JOHNSON, Jalen | | **OFFICER** Chelsea L. Harris | **JUDGE** Linda V. Parker | **DOCKET #** 22-CR-20514-01 |

On November 21, 2024, JOHNSON signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release, to include the special condition noted above.

## CAUSE

According to the Post Conviction Risk Assessment (PCRA) completed in August of 2024, JOHNSON is a Moderate risk. Individuals in this category have a 19% arrest rate and a 6% revocation rate in the next six months.

JOHNSON commenced his two-year term of supervised release on June 6, 2024. Since the onset of supervision, JOHNSON has been marginally compliant. JOHNSON resides with his sister in Detroit (Michigan), and he is the primary caregiver to his two-year-old son. He has not had any police contact, reports as directed, and is communicative with this writer on an ongoing basis. It shall be noted that this writer previously submitted a 12A/Noncompliance report to the Court on July 16, 2024, due to the fact JOHNSON had tested positive for marijuana, codeine, morphine, and alcohol. This writer also submitted numerous Marijuana Memos to the Court due to the fact JOHNSON tested positive for marijuana on June 10, 2024; July 25, 2024; August 8, 2024; and September 19, 2024. Then, JOHNSON submitted three urinalyses on September 27, 2024; October 4, 2024; and October 17, 2024, that returned as diluted samples. JOHNSON admitted to this writer that he had been consuming a drink he purchased that is meant to "flush his system and adulterate a drug test".

JOHNSON was referred to Shanle Psychological Services in June of 2024. He is currently participating in bi-weekly substance abuse treatment and submits to urinalyses on a regular basis. This writer maintains collateral contact with JOHNSON's therapist, who advised that JOHNSON is insightful and engaged during his sessions; however, he has made no gains in employment and needs to be more responsible for his actions. It shall be noted that JOHNSON did submit drug tests on October 24, 2024; October 28, 2024; November 7, 2024; and November 14, 2024, and all four of those tests returned as negative for illicit controlled substances.

This writer met with JOHNSON at his residence on October 28, 2024, and discussed his ongoing drug use, despite the fact that he did have some negative urinalyses since his last diluted test on October 17, 2024. He openly expressed that he was struggling with anxiety and "had a lot of idle time on his hands". He was open and receptive to any and all resources that the probation department could offer in order to assist him in bettering himself. This writer suggested he be referred to Cognitive Behavioral Therapy (CBT) sessions that the probation department is facilitating, beginning in January 2025. There will be ten sessions (one per week) that he will be required to participate in, and the purpose of JOHNSON participating in these sessions is to be involved with a group of his peers, who are going through similar situations he may relate to, in order to shift his thought processes and to provide him with insight and problem-solving skills. JOHNSON was more than open to this and agreed to sign a Prob 49 to add the condition of CBT. This writer will continue to monitor JOHNSON's progress, as well as any noncompliance, which will be reported to the Court.

As noted above, JOHNSON signed the Probation Form 49. JOHNSON has been advised of his right to counsel in this matter and has agreed to waive this right by signing the attached waiver of hearing form.

| PROB 12B (Rev. 08/18) | **SUPERVISION REPORT** REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH THE CONSENT OF THE OFFENDER (Probation Form 49, Waiver of Hearing is Attached) | **U. S. Probation Office** Eastern District of Michigan (Rev. 10/99) | **PACTS** 8240043 | **DATE** 12/02/2024 |
|---|---|---|---|---|
| **NAME** JOHNSON, Jalen | **OFFICER** Chelsea L. Harris | **JUDGE** Linda V. Parker | **DOCKET #** 22-CR-20514-01 | |

A criminal record check completed through Access to Law Enforcement Systems (ATLAS) conducted on November 27, 2024, revealed no new criminal activity.

If your Honor agrees with this recommendation, please indicate below and return this correspondence to the probation department. If your Honor does not agree, please indicate below and direct the probation department as to how the Court wishes to proceed.

Should your Honor have any questions or concerns, this writer may be reached at the number below.

| **PROBATION OFFICER** | **DISTRIBUTION** |
|---|---|
| s/Chelsea L. Harris/djl/mt (313) 234-5450 | Court |
| **SUPERVISING PROBATION OFFICER** | **PROBATION ROUTING** |
| s/Jeffry W. Konal (313) 234-5407 | Data Entry |

**THE COURT ORDERS:**

[ X ]  Modification as Noted Above

[  ]  Other

                                       s/Linda V. Parker
                                       United States District Judge

                                       12/3/2024
                                       Date