| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 8240043 | **DATE** 04/08/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Jalen | **OFFICER** Chelsea L. Harris | | **JUDGE** Linda V. Parker | **DOCKET #** 22-CR-20514-01 |

| ORIGINAL SENTENCE DATE | SUPERVISION TYPE | CRIMINAL HISTORY CATEGORY | TOTAL OFFENSE LEVEL | PHOTO |
|---|---|---|---|---|
| 05/31/2023 | Supervised Release | III | 12 | |
| **COMMENCED** 06/06/2024 | | | | |
| **EXPIRATION** 06/05/2026 | | | | |

| ASST. U.S. ATTORNEY | DEFENSE ATTORNEY |
|---|---|
| Tara Hindelang | To Be Determined |

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 12 months and one day, to be followed by a two-year term of supervised release.

Modification: 12/03/2024, the following special condition was added: "You must participate in a cognitive-behavioral treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). Such programs may include group sessions led by a counselor or participation in a program administered by the probation office."

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit to substance abuse testing to determine if you have used a prohibited substance.
2. You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3. You must participate in an outpatient mental health treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

Criminal Monetary Penalty:  Special Assessment $100.00 (paid).

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 8240043 | DATE 04/08/2025 |
|---|---|---|---|---|
| NAME JOHNSON, Jalen | | OFFICER Chelsea L. Harris | JUDGE Linda V. Parker | DOCKET # 22-CR-20514-01 |

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition No. 1:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> On March 19, 2025, officers from the Detroit (Michigan) Police Department initiated a traffic stop on a 2008 Chevy, bearing Michigan license plate EGG7576, with expired tags. The driver was identified as JALEN JOHNSON. Officers observed fresh burnt marijuana clouds emanating from the vehicle, as well as a marijuana blunt actively burning in the ashtray. When questioned about the marijuana and JOHNSON being in possession of it while on federal supervised release, JOHNSON advised the officers that he "doesn't ever get drug tested". JOHNSON was issued numerous citations and released on scene. <br><br> JOHNSON has been charged in the 36th District Court, Detroit, Michigan with Ct. 1: Expired Plates (Docket No. SP16974911); Ct. 2: No Insurance Misdemeanor (Docket No. SP16974912); Ct. 3: Consume Marihuana- Operate Vehicle or Smoke in Passenger Area (Docket No. SP16974913); and Ct. 4: Fail to Use Seatbelt Assembly System (Docket No. SP16975221). JOHNSON is scheduled for arraignment on April 14, 2025. |
| 2 | **Violation of Mandatory Condition No. 2:** "YOU MUST NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE." <br><br> Based upon the information listed in Violation No. 1, JOHNSON was in possession of marijuana. It shall also be noted that JOHNSON admitted that there was marijuana in his vehicle when questioned by this writer but maintained it did not belong to him. |
| 3 | **Violation of Mandatory Condition No. 3:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT." <br><br> On June 10, 2024, JOHNSON submitted to a urinalysis at the probation office and the results yielded positive for marijuana. JOHNSON admitted that he had used the illicit controlled substance while he was still incarcerated at the Bureau of Prisons and shortly before his release. <br><br> On June 17, 2024, JOHNSON submitted to a urinalysis at the probation office and the preliminary results were positive for alcohol, marijuana, and opiates. JOHNSON admitted to marijuana and alcohol use but denied the use of opiates. This writer submitted the test to the national laboratory for confirmation testing, and the results returned positive for alcohol, marijuana, codeine, and morphine. |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 8240043 | **DATE** 04/08/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Jalen | **OFFICER** Chelsea L. Harris | **JUDGE** Linda V. Parker | | **DOCKET #** 22-CR-20514-01 |

JOHNSON tested positive for marijuana on the following dates: July 25, 2024; August 8, 2024; August 15, 2024; January 9, 2025; January 17, 2025; and March 25, 2025. Furthermore, JOHNSON submitted to urinalyses on the following dates, which were all returned from the National Laboratory as diluted samples: September 27, 2024; October 4, 2024; and October 17, 2024. When questioned by this writer regarding these results, JOHNSON admitted he had "done some research about a drink named Certo that will flush and dilute his system" and had been consuming it.

**4**      **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."

Since the onset of supervision, JOHNSON has remained unemployed. He has not shown any effort of finding a job, despite this writer's efforts of assisting him consistently, and JOHNSON openly admitted to this writer that his lack of employment is "due to him being lazy".

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Chelsea L. Harris/slg/mt (313) 234-5450 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Jeffry W. Konal (313) 234-5407 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[X]   The issuance of a summons

[ ]   Other

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 8240043 | **DATE** 04/08/2025 |
|---|---|---|---|---|
| **NAME** JOHNSON, Jalen | **OFFICER** Chelsea L. Harris | **JUDGE** Linda V. Parker | | **DOCKET #** 22-CR-20514-01 |

s/Linda V. Parker
United States District Judge

4/11/2025
Date

Page **4** of **4**