**UNITED STATES DISTRICT COURT**
for the
**Eastern District of Michigan**

UNITED STATES OF AMERICA

      v.

JOHNSON, Jalen Martel             Crim. No.:  22CR20514-01

On 04/11/2025 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.  The issues of the violations were heard in Court on 08/19/2025, and sentencing was subsequently adjourned until a later date.  Additionally, the Court made the following findings:

__x__   The offender pled guilty to violations #1-#4.  The offender must continue to abide by all standard and special conditions that are reflective in the original Judgment and Commitment Order. The following special conditions of supervision are added:

1. The offender shall reside at a Residential Reentry Center (RRC) for a period of up to 90 days. The offender must abide by all rules and regulations of the facility. The Court further requests that social passes be permitted at the discretion of the United States Probation Officer.

2. The United States Probation Officer shall submit Memorandums to the Court every 30 days, in order to update the Court with the offender's progress and compliance, as well as any noncompliance, with all court-ordered terms and conditions of release, as well as his level of compliance while residing at the RRC. Once the Court deems it necessary, another date will be set for a supervised release violation sentencing hearing.

                                                                          Respectfully submitted,

                                                                          s/ Chelsea L. Harris
                                                                          United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 22nd  Day of August, 2025.

                                                                          s/Linda V. Parker
                                                                          Linda V. Parker
                                                                         United States District Judge